**Exhibit A to the Complaint**

**Location:** Walnut, CA  
**Total Works Infringed:** 148  

**IP Address:** 47.157.80.141  
**ISP:** Frontier Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 09518EAEAE8C874586EA10E3EAAE479EDBF85EF4 | 09/24/2019 18:59:02 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 2 | 0151ABB7451FAE1069959807F221598CC54A54A3 | 02/13/2019 19:39:43 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 3 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | 12/18/2018 19:05:24 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 4 | 05EBD8C29118D473550899941352F12A097DDC23 | 08/02/2019 18:05:54 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 5 | 0BEA2160D675EA23475E8C4EE93F08663ED683E9 | 10/02/2019 18:12:18 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 6 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | 12/04/2018 22:36:34 | Vixen | 11/25/2018 | 01/22/2019 | PA0002149840 |
| 7 | 10DB5BB485F41FE8ED9AF235D6B113C3D73C2BC1 | 12/26/2018 19:51:02 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 8 | 119DC446BEBFEDD1A5069582FD23FE358C78F4F9 | 10/04/2019 22:16:07 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 9 | 122C6F27C0629FD20EC8AFEAAAD8AF5F852CE154 | 07/03/2019 23:40:09 | Blacked Raw | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 10 | 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE | 07/16/2019 18:25:30 | Vixen | 07/13/2019 | 08/02/2019 | PA0002192302 |
| 11 | 16532C1256F1D8936C056A44AAECF4E274B576EB | 03/14/2019 17:51:57 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 12 | 17B1792C83AEBC91585F95157D74A5375A45D307 | 09/16/2019 03:03:38 | Blacked Raw | 09/14/2019 | 10/01/2019 | PA0002217360 |
| 13 | 1809D57D2D5C8A110DB432826F6EF13CB753892E | 03/17/2019 22:06:12 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 14 | 1A6470E21E54EE628069047098E9B5DFB9B17ED2 | 09/03/2019 03:19:27 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 15 | 1D1CFE4975FA86AA9A3DC1505EEAEED91CCB9B36 | 09/04/2019 20:13:26 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |
| 16 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 01/07/2019 21:19:59 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 17 | 1D946378C32710A9E9D8A25EA87493FDE0146508 | 09/08/2019 20:16:15 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 1DE2F763010DA2CDC8A6FD27AF18A2B92B5FEA5E | 01/10/2019 19:09:13 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 19 | 1FB01C62464C1A31AECE85754CFE67E51306FA3E | 02/13/2019 21:58:14 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 20 | 221FADE3CD0CE4DD725D9793A60F2E7BF36D361A | 02/21/2019 19:22:02 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |
| 21 | 24AE3812ECC6B6C2A00EAFCCA42FCAFCE17F3EDC | 04/01/2019 19:29:27 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 22 | 25075BEE3E430D7FF4B45A78867471F6EA59D266 | 12/27/2018 21:00:31 | Tushy | 12/27/2018 | 01/22/2019 | PA0002147899 |
| 23 | 26027D4BBA9366856012B8C062375891C7926188 | 02/08/2019 23:45:52 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 24 | 27D3FCCFC1AD4840C1551335EDD1E3406AB4DC0F | 10/15/2019 17:47:34 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 25 | 289FE7D65DFCFACB416832D12862105A2762841A | 02/06/2019 23:19:31 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 26 | 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4 | 02/12/2019 05:28:46 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 27 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | 11/28/2018 20:46:06 | Blacked | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 28 | 333EF607453E84D6528AC24F90BAF0FAD4A1117A | 03/28/2019 19:30:34 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 29 | 336D691C6443B10F18C7C91298189E9B9B0505DD | 08/13/2019 20:02:39 | Blacked | 08/13/2019 | 08/22/2019 | PA0002195504 |
| 30 | 3372C9F28AAB7E1B05F8AD6279C180F776FEAA35 | 08/28/2019 19:41:40 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |
| 31 | 33731167B7862FA4B427D7C473B90B216CA6EF23 | 09/16/2019 23:07:44 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 32 | 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B | 09/22/2019 22:19:32 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 33 | 357368276B0AC817665C03F98D81B5A2B6E90183 | 03/14/2019 17:59:57 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |
| 34 | 36602A2A8598380F67FF6FCEBD7FCD97ED374F38 | 03/19/2019 21:37:17 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 35 | 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC | 04/07/2019 21:54:59 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 36 | 38ACBC2E1C70F510E24860C74D1F57EF15E2A902 | 02/13/2019 20:18:14 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | 12/26/2018 20:43:40 | Blacked | 12/26/2018 | 02/02/2019 | PA0002155307 |
| 38 | 3AF342FFAE34E88BB4EDFE585C8B5917F5C64C5E | 03/25/2019 21:25:42 | Blacked Raw | 03/23/2019 | 04/08/2019 | PA0002164877 |
| 39 | 42462CE40C5D57E39D232B87E3DBB07B62BA5710 | 05/07/2019 18:36:59 | Blacked | 05/05/2019 | 07/05/2019 | PA0002206372 |
| 40 | 44B182FA7FCBCCFF7DA0E1999AAEBC18BE1E73FA | 01/31/2019 18:42:41 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 41 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 12/26/2018 19:50:10 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 42 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | 07/30/2019 05:50:42 | Vixen | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 43 | 48CB4C30D04660582C75639C2DCC4DCAD30E4C38 | 09/27/2019 21:58:09 | Blacked | 09/27/2019 | 10/07/2019 | PA0002205468 |
| 44 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 03/19/2019 21:52:26 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 45 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | 02/06/2019 22:40:57 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 46 | 4F6E919AF772D9342F71D3479F6A4379B5E5EA40 | 08/28/2019 19:56:43 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 47 | 5646357C2C33F1322815940754A792D16F4A3E8C | 05/01/2019 23:37:48 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 48 | 56BF0671C368B87782691AB922B69AF7CF37FB90 | 01/31/2019 18:50:14 | Vixen | 01/29/2019 | 03/24/2019 | PA0002182715 |
| 49 | 56DCEECF670433E528CAF870134FB35521993324 | 08/24/2019 04:25:01 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 50 | 57486A4EDC4CD3291B78225FD65401AF15D5AD8A | 05/20/2019 18:58:56 | Tushy | 05/11/2019 | 07/05/2019 | PA0002206404 |
| 51 | 576A4437D472390C262B8740FC8804E887587AE0 | 06/19/2019 21:49:30 | Blacked | 06/19/2019 | 08/27/2019 | PA0002213298 |
| 52 | 59BBB32A1C085F460AAFB1329242C36691D072A1 | 01/09/2019 23:45:25 | Blacked Raw | 01/07/2019 | 02/02/2019 | PA0002155390 |
| 53 | 5DF8FA648DEEAE1D73E962DB195061E646F82B4E | 08/04/2019 20:00:50 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 54 | 5F6AA2A5EBECC91803CACFCBD57DC5F74832C2A4 | 10/17/2019 20:09:48 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 55 | 5F75B9CECC4F3FEEA7CE46BEDA2B70A0BA267B19 | 06/25/2019 20:29:26 | Blacked Raw | 06/21/2019 | 08/27/2019 | PA0002213241 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 56 | 5FA59DD2A87C8333BF37865F57F8DD8429250516 | 04/01/2019 16:35:35 | Blacked | 03/31/2019 | 05/28/2019 | PA0002200773 |
| 57 | 62D04DB1D5F98E200DA8E4DD2744EEB9FB56E9C4 | 02/06/2019 22:51:43 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 58 | 65F85A23FD47D37DA85E22CEB0B8A5DB57FAE27F | 03/19/2019 21:38:17 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 59 | 6A894BF3E216F8344B43B3F4799B2A8986EAF94A | 02/06/2019 21:11:17 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 60 | 6B8E400282C3C9C50A8C00AEB5CD52F0B967DA0A | 05/15/2019 20:34:26 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 61 | 6BF27EB20DF3D1314583CFFC4C2EDAF57456DA3F | 08/01/2019 17:26:55 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 62 | 6D086E1CC31556A97BE20B50915D796AEF41EEFE | 03/20/2019 21:24:07 | Blacked | 02/19/2019 | 03/24/2019 | PA0002184061 |
| 63 | 7180352F1197F512822C8C7B41CAADADB5C0F744 | 01/28/2019 22:52:41 | Blacked | 01/25/2019 | 02/22/2019 | PA0002155136 |
| 64 | 72555676245CA53C457541455A41821330714A7A | 03/14/2019 17:51:35 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 65 | 727C2698471403826A0D17EAF0010FFEAD561BCC | 07/18/2019 19:50:36 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 66 | 72A1E3BF06A14C51D5B94015C5BB3C509B381699 | 05/01/2019 23:39:00 | Blacked | 04/20/2019 | 05/28/2019 | PA0002200782 |
| 67 | 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B | 09/17/2019 21:28:07 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 68 | 73DFB9E01775300A351722EFAA0DAD384952EBF0 | 10/07/2019 18:43:05 | Blacked | 10/07/2019 | 10/21/2019 | PA0002207742 |
| 69 | 76596826823792206EAD3BCE706E35C8F1DC0990 | 04/29/2019 18:38:17 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 70 | 78C694B5EFF2DB0909579A63EF78E5F1A36D21CA | 09/08/2019 20:10:13 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 71 | 7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18 | 01/29/2019 17:04:52 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 72 | 7BCFEEE0782EA652893625A314BCB5F338BFB424 | 08/01/2019 17:02:49 | Blacked Raw | 07/31/2019 | 08/22/2019 | PA0002195511 |
| 73 | 7BD2BFDA3A80BB7D7CCD177EB3EA4FE086597C61 | 01/31/2019 18:37:25 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 74 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 03/14/2019 18:30:18 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 75 | 7DC31F64F10A5177DC11A0B36E4E52BDD9D6743E | 10/15/2019 17:00:04 | Blacked Raw | 10/14/2019 | 11/05/2019 | PA0002210289 |
| 76 | 7EF8F2F7F6082F4D5A4608A1FCC50565AB14164B | 07/09/2019 16:34:37 | Blacked | 07/04/2019 | 08/27/2019 | PA0002213242 |
| 77 | 7F54BA0D9D039851A32EF2952EE2D918DDF74E75 | 03/19/2019 21:36:56 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 78 | 7FA2D46E6F821E086907D956D5E3CE495983AD58 | 10/28/2019 04:29:20 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 79 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 04/11/2019 03:34:19 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 80 | 81CEC78AE99A723C68332182E337F15D1D260069 | 09/03/2019 03:34:06 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 81 | 81D95F6965C7046EDF8229B81E412679B2726D11 | 04/30/2019 18:29:42 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 82 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | 03/17/2019 21:59:10 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 83 | 8353F4631A78E6DC2342C97336E4C914EF5A5F4C | 05/15/2019 19:58:48 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 84 | 866ED08FAA30A005479E7691EE82140D1B4C8592 | 08/19/2019 18:32:54 | Vixen | 12/05/2018 | 12/18/2018 | PA0002141920 |
| 85 | 86E59581A550AFB7F1AC37567E0AC94D496D641D | 09/12/2019 19:17:19 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 86 | 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78 | 10/21/2019 21:18:52 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 87 | 8CDEA4CD9CE5514A80FE25F8249B7AAA58C63A81 | 10/22/2019 18:39:44 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 88 | 8D1FD7C2EBE2FA88228601C874E3EBD31D2F524A | 05/22/2019 22:05:36 | Blacked Raw | 05/12/2019 | 07/05/2019 | PA0002206384 |
| 89 | 8D2EFF22392159795F468C91719C1C252C255924 | 12/18/2018 19:25:59 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 90 | 8FCE7D42A6556C1B82F12839B018885BBCF4DB6D | 08/08/2019 19:34:03 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 91 | 90AF3C86FC0ECD0146DDFE57BFEAA4E26D079194 | 07/09/2019 16:35:20 | Blacked Raw | 07/06/2019 | 08/02/2019 | PA0002192304 |
| 92 | 94A9D2E22A9B4ACF81A5EC69EE4DCA10983CAF23 | 08/20/2019 20:53:47 | Blacked Raw | 08/20/2019 | 09/13/2019 | PA0002200701 |
| 93 | 9576D10D0253F5954B16C9C17C755541603FEB3B | 02/07/2019 19:01:36 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 94 | 973A870D555049DC68BB9A3D667902BFC69FBD3D | 08/27/2019 18:06:13 | Blacked Raw | 08/25/2019 | 09/11/2019 | PA0002199991 |
| 95 | 9C31ED1D9092B860B2231028F9571498DE881778 | 03/26/2019 18:19:37 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 96 | 9DE79FC3C4D4AEBA5173D38BF05F09D9E8C0CDCE | 04/19/2019 20:16:46 | Blacked | 05/30/2018 | 07/14/2018 | PA0002131762 |
| 97 | A01F9474807C40CD315CA9F91AE8FCD561A34CE3 | 03/20/2019 21:11:07 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 98 | A1CEB960EC65143DB61772C0EB28FD52DE7AC96E | 01/07/2019 20:34:42 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 99 | A25F0F8A58F9E53C1BF9249E70F2C692B76AE904 | 01/13/2019 18:36:06 | Blacked Raw | 01/12/2019 | 02/02/2019 | PA0002155388 |
| 100 | A266CE8C37C36EB2E7CEC4B109AC6DDFA3BA79D3 | 01/09/2019 23:50:45 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 101 | A66C9C655E360338BD35653F211606B8DDC42727 | 04/11/2019 20:05:08 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 102 | A72BE735D576B5D1698069C9E914BDF92FBB83F8 | 06/17/2019 21:37:04 | Blacked Raw | 06/16/2019 | 07/17/2019 | PA0002188314 |
| 103 | A79E1BEA716422681872B46A4AC579C82B92D143 | 12/14/2018 19:22:20 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 104 | A8A900F68D1470DE418DD2185447666C868F45CD | 06/04/2019 18:51:02 | Blacked Raw | 06/01/2019 | 07/17/2019 | PA0002188304 |
| 105 | ABA4D8EAA0CB1F71B8DA4F2D142059EF13E510A2 | 09/04/2019 19:25:57 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 106 | AE22AB5504C05C2B883232F07799C9925A3CBA59 | 08/11/2019 05:09:17 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 107 | AE562DC6C598F65D0E72B777FADE3865AFD9BB09 | 08/30/2019 18:26:55 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 108 | AF4A68AAC0289A73E1DE71DADD8F192D88E2952A | 07/12/2019 17:12:21 | Blacked Raw | 07/11/2019 | 09/17/2019 | PA0002216212 |
| 109 | B426DA516B5F87C97B1C1D5732F040BC16B1F5A4 | 07/27/2019 21:15:48 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 110 | B63F7BC333BAA20C558F6860FE853E6A0E8D10FE | 07/25/2019 18:54:17 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 111 | B9E63DBF38E9763A05AD2EB8371F88C6A3338FE9 | 07/22/2019 21:06:45 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 112 | BC99AFD8339B2F6F1D938E7B2DE177ED9F98AE97 | 12/26/2018 23:00:33 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 113 | BD08CDC4AB37B1F288F5D245BC77FD72EC17895E | 07/30/2019 21:48:51 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 114 | C20D8CE638A46CD39FA65004C565F7F85846691D | 03/29/2019 18:16:24 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 115 | C340030059AF08957371330E339FB3AA67E8FFDB | 05/17/2019 19:55:55 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 116 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | 02/06/2019 23:00:39 | Vixen | 12/25/2017 | 01/15/2018 | PA0002099686 |
| 117 | C3CDC87FFB6E1117832330D97C495403821FE7F5 | 02/07/2019 05:22:34 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 118 | C5E40D1290765C66AA26AD0CC46316E0AB8DFA91 | 05/01/2019 23:36:41 | Blacked | 04/25/2019 | 05/28/2019 | PA0002200766 |
| 119 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 02/11/2019 19:04:48 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 120 | C66CA2CE09B81F87057E3DBC47402AA25DE54D57 | 01/22/2019 20:32:54 | Blacked Raw | 01/22/2019 | 03/24/2019 | PA0002183202 |
| 121 | CBA46FFE8C13CE9F3D0E92497A918D730C5E3392 | 06/04/2019 18:56:13 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 122 | D306BA77FFF8FB1950408ABBB8A5B60FCC00B122 | 04/12/2019 23:37:08 | Blacked Raw | 04/12/2019 | 05/11/2019 | PA0002173884 |
| 123 | D688340236811F64E8637A5AFF159570F1648994 | 09/22/2019 21:32:27 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 124 | D71FA8300D660A26679A2C53720C9F8C05F9CF79 | 07/19/2019 17:49:52 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 125 | D93E7A2150B84861096407A9CABB85144D6DA4EC | 05/30/2019 21:59:59 | Blacked Raw | 05/27/2019 | 06/13/2019 | PA0002180951 |
| 126 | DA688C76F0C068A444122EE74FBF1731CAFA1B5C | 08/19/2019 17:58:07 | Blacked | 08/18/2019 | 09/17/2019 | PA0002216216 |
| 127 | DB96A7BA37F3DA55AE4BFC5882FD07052B7F3B8D | 01/22/2019 21:26:17 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 128 | DCAE89B587A018E667287D4F43426A43B69715C4 | 01/16/2019 22:02:33 | Tushy | 01/16/2019 | 02/22/2019 | PA0002155133 |
| 129 | DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72 | 05/22/2019 22:06:10 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 130 | E1C7277B3B893153064CC9E439E48147D940C64F | 05/22/2019 22:18:02 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 131 | E2BB05E86116A0CDAD606375C7B9C9EB44B6F769 | 02/06/2019 06:03:38 | Blacked | 02/04/2019 | 03/24/2019 | PA0002183208 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 132 | E379ED5EEFC381915FF2D01414BF596D57EFF6AA | 03/21/2019 19:16:23 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 133 | E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF | 04/16/2019 21:55:08 | Blacked | 04/15/2019 | 05/11/2019 | PA0002173886 |
| 134 | E474F829786D99F77071D695C1E640049D946C7C | 04/05/2019 19:57:44 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 135 | E81D7E461C349AF9855A120DE2A75B32D2CAF2EB | 08/08/2019 19:35:26 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 136 | EAB3533FB381C799B59AAA64A20DF16CE3C18A18 | 03/19/2019 21:55:58 | Blacked | 03/01/2019 | 03/31/2019 | PA0002163976 |
| 137 | EC977E2980F8945172E61F868899C59CE850C90F | 08/24/2019 04:23:47 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 138 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/14/2018 19:14:23 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 139 | EEB2D267037FDB2AF7853D3488200F45F4C17E30 | 08/13/2019 20:41:39 | Vixen | 08/12/2019 | 08/22/2019 | PA0002195517 |
| 140 | F088E9FE391D002A658FA69508945AB1351AD2BC | 07/18/2019 19:53:10 | Blacked | 07/14/2019 | 08/02/2019 | PA0002192303 |
| 141 | F1CC0D15F0B6CA3200FBC65D6F5A678176FE294B | 12/27/2018 22:22:46 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 142 | F25817E594908EA8A9E9E38596A20DA2D2230ADA | 04/11/2019 20:04:41 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 143 | F29F8BFA625303010336ADE093A1C92C6B77DB05 | 04/19/2019 18:49:49 | Vixen | 07/13/2018 | 08/07/2018 | PA0002131906 |
| 144 | FB74770301183194E022950AB806F22711E1D882 | 05/02/2019 20:05:30 | Blacked Raw | 05/02/2019 | 05/28/2019 | PA0002200769 |
| 145 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | 01/14/2019 21:00:02 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 146 | FD451C17F6CD6A9FC4992E362A68B0846555EE33 | 03/14/2019 17:50:51 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |
| 147 | FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C | 07/09/2019 16:48:01 | Blacked | 06/28/2019 | 08/27/2019 | PA0002213235 |
| 148 | FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB | 05/06/2019 19:10:55 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |