# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Strike 3 Holdings, LLC. | **CASE NUMBER** |
| v.   PLAINTIFF(S) | 2:20-cv-00042 PSG(MAAx) |
| John Doe | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES)** |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

__March 6, 2020__  
Date

Terry J. Hatter, Jr. _(signed)_  
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____  
Date

_____  
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case __5:18-cv-00787 TJH(SPx)__ and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge __Audero__ to Magistrate Judge __Pym__.

On all documents subsequently filed in this case, please substitute the initials __TJH(SPx)__ after the case number in place of the initials of the prior judge, so that the case number will read __2:20-cv-00042 TJH(SPx)__. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/19)     **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)**